**No. 10-6798. Dennis C. Reed, Petitioner v. Pennsylvania.**

562 U.S. 1020, 131 S. Ct. 549, 178 L. Ed. 2d 402, 2010 U.S. LEXIS 8398.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 605 Pa. 431, 990 A.2d 1158.